IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JANE DOE, *et al.*,  :

    Plaintiffs,

  v.  :  Case No. 3:20-cv-10

DAVE YOST, *et al.*,  JUDGE WALTER H. RICE

    Defendants.  :

---

DECISION AND ENTRY SUSTAINING DEFENDANT OHIO ATTORNEY GENERAL'S UNOPPOSED MOTION TO STAY DISCOVERY (DOC. #22); STAYING ALL DISCOVERY PENDING RULINGS ON DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS (DOCS. ##12 and 13); VACATING NOVEMBER 5, 2020, CONFERENCE CALL

---

For good cause shown, the Court SUSTAINS Defendant Ohio Attorney General's Unopposed Motion to Stay Discovery, Doc. #22, and STAYS all discovery pending rulings on Defendants' Motions for Judgment on the Pleadings, Docs. ##12, 13.  The Court VACATES the conference call previously scheduled for November 5, 2020, at 4:00 p.m.

Date: November 2, 2020

*(signature)* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE